**UNITED STATES DISTRICT COURT**

                                **DISTRICT OF NEW MEXICO**


**Standard Insurance Company**

    **Plaintiff,**                                                                                    2:21-cv-01226

**Vs.**

**Richard Granger, Ryan s. Granger**

**And Marisa Robles**

    **Defendant**


                                              **Response**


    COMES NOW Richard Granger III and Ryan Granger , by and through their attorneys of record, Sanders Law Firm (John S. Hightower) and for their response states as follows:

1. Defendants deny the allegations contained in Paragraph 1 of the Complaint.

2. Defendants deny the allegations contained in Paragraph 2 of the Complaint.

3. Defendants deny the allegations contained in Paragraph 3 of the Complaint.

4. Defendants deny the allegations contained in Paragraph 4 of the Complaint.

5. Defendants deny the allegations contained in Paragraph 5of the Complaint.

6. Defendants deny the allegations contained in Paragraph 6 of the Complaint.

7. Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8. Defendants deny the allegations contained in Paragraph 8 of the Complaint.

9. The Defendants admit jurisdiction and venue of this court are proper.

10. Defendants deny the allegations contained in Paragraph 11 of the Complaint.

11. Defendants deny the allegations contained in Paragraph 12 of the Complaint.

12. Defendants deny the allegations contained in Paragraph 13 of the Complaint.

13. Defendants deny the allegations contained in Paragraph 14 of the Complaint.

14. Defendants deny the allegations contained in Paragraph 15 of the Complaint.

15. Defendants deny the allegations contained in Paragraph 16 of the Complaint.

16. Defendants deny the allegations contained in Paragraph 17 of the Complaint.

17. Defendants deny the allegations contained in Paragraph 18 of the Complaint.

18. Defendants deny the allegations contained in Paragraph 19 of the Complaint.

19. Defendants deny the allegations contained in Paragraph 20 of the Complaint.

20. Defendants deny the allegations contained in Paragraph 21 of the Complaint.

21. Defendants deny the allegations contained in Paragraph 22 of the Complaint.

22. Defendants deny the allegations contained in Paragraph 23 of the Complaint.

23. The Defendants deny all other allegations.

24. The Defendants deny the prayer requested by the Petitioner.

## AFFIRMATIVE DEFENSES

The Complaint fails to state a claim upon which relief may be granted. In addition, Plaintiff claims are barred by the statute of frauds, waiver, estoppel, unclean hands, bad faith and latches.

## Prayer

Wherefore, defendants Richard Granger III and Ryan Granger pray the court deny the petition, place the funds in deposit in court and award them to to Richard Granger III and Ryan Granger and any other relief that justice so requires.

                                    SANDERS, BRUIN, COLL & WORLEY, P.A

                                    */s/ John S. Hightower*
                                    John S. Hightower
                                    701 W Country Club
                                    Roswell, NM  8820
                                    JSH@sbcw.com
                                    (575) 622-5440