UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**STANDARD INSURANCE COMPANY,**

    Plaintiff,

v.                                                                        Case No. 2:21-CV-01226

**RICHARD A. GRANGER, RYAN S. GRANGER, AND MARISA ROBLES,**

    Defendants.

### DEFENDANT MARISA ROBLES' ANSWER TO COMPLAINT IN INTERPLEADER

**COMES NOW**, **MARISA ROBLES**, individually and as Personal Representative of the Estate of **RICHARD BRIONES GRANGER** (the "Defendants"), by and through her attorney of record **MARK L. PICKETT** of **THE PICKETT LAW FIRM, LLC**, and files this her Answer to the Complaint in Interpleader (the "Complaint"), filed by the Plaintiff, and states to the Court as follows:

1. The allegations contained in Paragraph 1 of the Complaint are admitted.

2. The allegations contained in Paragraph 2 of the Complaint cannot be admitted or denied, as they simply contain requests for relief.

3. The allegations contained in Paragraphs 3 through 23 are admitted.

**WHEREFORE**, Defendant prays that the Complaint be approved, relief requested granted, that Plaintiff deposit the disputed benefits with the Clerk of the Court, and that Plaintiff be discharged from further liability and be dismissed from the case.

Respectfully submitted,

**THE PICKETT LAW FIRM, LLC**

_____
**MARK L. PICKETT**
P.O. Box 1239
Las Cruces, New Mexico 88004
(575) 526-3338
Email: mark@picklawllc.com
*Attorney for Defendant Marisa Robles*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of April 2022, I field the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Ann-Martha Andrews
Ann.andrews@olgetree.com

John S. Hightower
JSH@sbcw.com

_____
**MARK L. PICKETT**