IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STANDARD INSURANCE COMPANY,**

    Plaintiff,

v.                                                No. 2:21-cv-01226-GJF-KRS

**RICHARD A. GRANGER, RYAN S. GRANGER, AND MARISA ROBLES,**

    Defendants.

**STIPULATED ORDER VACATING INITIAL SCHEDULING ORDER [Doc. 10], CONTINUING RULE 16 SCHEDULING CONFERENCE, AND SETTING A DEADLINE FOR DEFENDANTS TO FILE CROSSCLAIMS**

**THIS MATTER** is before the Court on the party's Stipulated Motion to Vacate Initial Scheduling Order, to Continue Rule 16 Scheduling Conference, and to Set a Deadline for Defendants to File Crossclaims [Doc. 13]. The Court, having reviewed the motion and being otherwise sufficiently advised, finds that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Initial Scheduling Order [Doc. 10] and all deadlines contained therein are hereby vacated.

**IT IS FURTHER ORDERED** that the Rule 16 scheduling conference scheduled for June 21, 2022 is continued and will be reset for a later date if necessary.

**IT IS FURTHER ORDERED** that the Defendants have will have until July 15, 2022 to file any crossclaims they may have or to submit a proposed order to dismiss this case in its entirety.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**RESPECTFULLY SUBMITTED**,

THE PICKETT LAW FIRM, LLC

_/s/ Mark Pickett_
MARK L. PICKETT
P.O. Box 1239
Las Cruces, NM 88004
(575) 526-3338
Email: mark@picklawllc.com
*Attorney for Defendant Marisa Robles*

**APPROVED BY**:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_Approved via email 5/31/22_
Ann-Martha Andrews
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Tel: (602) 778-3700
ann.andrews@ogletree.com
*Attorneys for Standard Insurance Company*

**APPROVED BY**:

SANDERS, BRUIN, COLL & WORLEY, P.A.

_Approved via email 6/2/22_
John Sullivan Hightower
701 West Country Club Road
Roswell, NM 88201
Tel: (575) 222-1111
jshightower@sbcw-law.com
*Attorneys for Defendants Richard A. Granger and Ryan S. Granger*